**Acknowledged**
TWP
April 15, 2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION
*(Electronically Filed)*

| | |
|---|---|
| LAUREN FREEBERG, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO. 4:21-cv-00030-TWP-DML |
| | ) |
| PC BUILDING MATERIALS, INC. d/b/a | ) |
| PC HOME CENTER, | ) |
| | ) |
| Defendant. | ) |

\*\*\* \*\*\* \*\*\*

## NOTICE OF DISMISSAL

Plaintiff, Lauren Freeberg, by and through her undersigned counsel, hereby stipulates, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(i), that the entire action and all claims in Plaintiff's Complaint are hereby dismissed with prejudice.

Respectfully submitted, this 14th day of April 2021.

*/s/ J. Corey Asay*
J. Corey Asay
MORGAN & MORGAN, P.A.
333 W Vine St., Ste 1200
Lexington, KY 40507
Phone: (859) 286-8368
Fax: (859) 286-8384
E-mail: casay@forthepeople.com

COUNSEL FOR PLAINTIFF

FP 40244956.1

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 14th day of April 2021, a true and correct copy of the foregoing *Notice of Dismissal* was electronically filed using the Court's electronic filing system.

                */s/ J. Corey Asay*
                COUNSEL FOR PLAINTIFF